JULIUS LEBOWITZ, Respondent, v. HARRIS N. JOFFE and MAX GARFINKLE, Appellants, Impleaded with SAUL H. LAVINE, Defendant.— Judgment and order

affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.